**SPENDINGMONEY LLC,**
Plaintiff–Appellant,

v.

**AMERICAN EXPRESS CO.,**
Defendant–Appellee.

and

Visa USA Inc., Defendant–Appellee.

No. 2012–1481.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2013.

Robert Jeffrey Veal, Smith Gambrell & Russell, LLP, of Atlanta, GA, argued for plaintiff-appellant. With him on the brief was Matthew P. Warenzak; and Joseph M. Pastore, III, of New York, NY.

Peter J. Armenio, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, argued for defendant-appellee, American Express Co., and David Cotta, Edwards Wildman Palmer LLP, of Boston, MA, argued for defendant-appellee, Visa USA Inc. With them on the brief was Peter J. Cuo, Edwards Wildman Palmer LLP, of Boston, MA, for Visa USA Inc. Of counsel were Johnathan B. Tropp, Day Pitney, LLP, of Stamford, CT, for defendant appellee, American Express Co. and Deborah Higashi Dodge, Edwards Angel Palmer & Dodge, LLP, of Boston, MA, for defendant-appellee, Visa USA, Inc.

LOURIE, PROST, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**